No. 1093, Misc.   CHAMBERS v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 1101, Misc.   YOUNG v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1103, Misc.   WORTHEM v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1105, Misc.   WITT v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1168, Misc.   JACKSON v. COCHRAN, CORRECTIONS DIRECTOR.   Supreme Court of Florida.   Certiorari denied. Petitioner *pro se.*   *Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 803.   LOCKLIN ET AL., DOING BUSINESS AS RADIANT COLOR CO., v. SWITZER BROTHERS, INC., *ante,* p. 851. Rehearing denied.

No. 678.   GENERAL GEOPHYSICAL CO. v. UNITED STATES, *ante,* p. 849;
No. 683.   PINTO ET AL. v. STATES MARINE CORPORATION OF DELAWARE ET AL., *ante,* p. 843; and
No. 979, Misc.   LIPSCOMB v. UNITED STATES, *ante,* p. 853.   Petitions for rehearing denied.   MR. JUSTICE WHITE took no part in the consideration or decision of these applications.